UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br>APPLICATION OF MAURICIO MOTA FOR AN ORDER TO TAKE DISCOVERY FOR USE IN FOREIGN PROCEEDINGS PURSUANT TO 28 U.S.C. § 1782 | 1:19-mc-00573-KPF<br><br>**ORDER** |

WHEREAS, on December 13, 2019, Petitioner Mauricio Mota ("Petitioner") filed an *ex parte* application for an order to take discovery from J.P. Morgan Chase & Co., Fabio Pegas, Patricia Pratini De Moraes, and Blessed Holdings Inc. (each a "Respondent"), for use in a foreign proceeding pursuant to 28 U.S.C. § 1782 ("Application"),

WHEREAS, the Application seeks discovery for use in foreign proceedings against or relating to Wesley Mendonça Batista, Joesley Mendonça Batista, J&F Investimentos S.A., JBS S.A., and Pinheiros Fundo De Investimento Em Participações (collectively, "Proposed Intervenors"),

WHEREAS, on January 3, 2020, this Court issued an order granting Petitioner's Application ("Order"),

WHEREAS, Proposed Intervenors are not presently parties to this action and seek to intervene in this action to move to oppose, vacate the Order, and/or to quash subpoenas issued pursuant to such Order, and Petitioner does not oppose such intervention,

WHEREAS, Proposed Intervenors satisfy the criteria for intervention pursuant to Federal Rule of Civil Procedure 24,

IT IS HEREBY STIPULATED AND AGREED by Petitioner and Proposed Intervenors that:

1. Proposed Intervenors be allowed to intervene in this action;
2. Proposed Intervenors and Petitioner shall abide by the following briefing schedule with

1

respect to Proposed Intervenors' anticipated motion to oppose, vacate the Order, and/or to quash subpoenas issued pursuant to the Order:

- **March 7, 2020**: Deadline for Proposed Intervenors to file motion to oppose, vacate, and/or quash.
- **April 30, 2020**: Deadline for Petitioner to file its opposition.
- **May 21, 2020:** Deadline for Proposed Intervenors to file their reply.

3. Petitioner agrees to stay enforcement of and all activities related to the subpoenas it issued pursuant to the Court's Order pending resolution of Proposed Intervenors' anticipated motion to oppose, vacate and/or quash, provided that the Respondent confirms its acceptance of service thereof and agrees to a similar stay; and

4. The parties hereto reserve all their rights with respect to the contemplated motion to vacate and/or to quash.

Dated: February 4, 2020        /s/ Michael B. Carlinsky

                                    Michael B. Carlinsky
                                    Lucas V.M. Bento
                                    Alexander Wentworth-Ping
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 MADISON AVENUE, FLOOR 22
NEW YORK, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100
michaelcarlinsky@quinnemanuel.com
lucasbento@quinnemanuel.com
alexwentorthping@quinnemanuel.com
*Attorneys for Proposed Intervenors Wesley Mendonça Batista, Joesley Mendonça Batista, J&F Investimentos S.A., JBS S.A., and Pinheiros Fundo De Investimento Em Participações*

/s/ William J. Hine
      W.P.
      AWP

William J. Hine
Sevan Ogulluk
Brian W. Hine
Hine & Ogulluk LLP
30 Wall Street, 8th Floor
New York, NY 10005
wjhine@hineogulluk.com
sogulluk@hineogulluk.com
bwhine@hineogulluk.com
*Attorneys for Petitioner Mauricio Mota*

SO ORDERED this 4th day of February, 2020.

/s/ Katherine Polk Failla
District Judge Katherine Polk Failla

3